# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2164

_____

United States of America,      *
     *
      Appellee,      *
     *
     *    Appeal from the United States
     v.      *    District Court for the
     *    Western District of Missouri.
Dana L. Ford,      *
     *      [UNPUBLISHED]
      Appellant.      *

_____

Submitted: March 1, 2006
Filed: March 31, 2006

_____

Before MURPHY, HANSEN, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

After the district court[1] denied his motion to suppress evidence seized from his home pursuant to a search warrant, a jury found Dana L. Ford guilty of being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). The district court[2]

_____

[1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendation of the Honorable Robert E. Larsen, United States Magistrate Judge for the Western District of Missouri, to whom the motion was referred pursuant to 28 U.S.C. § 636(b).

[2]The Honorable Fernando J. Gaitan, Jr., United States District Judge for the Western District of Missouri.

sentenced him to thirty months in prison and three years of supervised release. On appeal, he challenges the denial of his motion to suppress and his request for an acceptance-of-responsibility reduction. For the reasons discussed below, we affirm.

We first conclude that the district court did not err by denying Ford's suppression motion because the information within the four corners of the affidavit submitted in support of the search warrant application was sufficient to establish probable cause. See United States v. Solomon, 432 F.3d 824, 827-28 (8th Cir. 2005). We also conclude that the district court did not err by denying Ford a reduction at sentencing for acceptance of responsibility because he challenged his factual guilt at trial. See United States v. Yirkovsky, 338 F.3d 936, 941 (8th Cir. 2003).

Accordingly, we affirm the judgment of the district court.

_____